# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SABRINA THOMPSON,<br>    Plaintiff, | : | Case No. 1:17-cv-226 |
| | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL<br>SECURITY, | : | |
| | : | |
|     Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 20) and
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 21, 2018, submitted a Report and Recommendation. (Doc. 20). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon considering the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 20) is **ADOPTED**;

2. The decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings;

3. On remand, the Administrative Law Judge is instructed to re-weigh the medical opinion evidence in accordance with the Magistrate Judge's Report

and Recommendation; to reassess Plaintiff's residual functional capacity, giving appropriate weight to the opinion of Dr. Barnett, including an explanation on the record for the weight afforded to her opinion; to reassess whether Plaintiff's mental impairments satisfy Listing 12.04; and for further medical and vocational evidence as warranted; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/31/18

Timothy S. Black
United States District Judge